UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

GARY MILLER,

Petitioner,

v.

SHERYL RAMSTAD HVASS,
Commissioner of Corrections,
DENNIS L. BENSON,
Deputy Commissioner,
JAMES BRUTON, Warden of
Oak Park Heights Correctional Facility,
individually and in their official capacity,

Respondents.

---

Civil No. 00-2515 (PAM/JGL)

**ORDER**

Petitioner, a prisoner at the Minnesota Correctional Facility at Oak Park Heights, Minnesota, has filed a self-styled application for federal habeas corpus relief. (Docket No. 1.) However, contrary to the clear requirements of Rule 2(c) of The Rules Governing Section 2254 Cases in the United States District Courts and Local Rule 9.3, Petitioner has not submitted his petition on the form prescribed for use in this District.

Because Petitioner has not complied with the applicable Rules, the Court has been deprived of certain background information that is needed to determine whether his habeas claims can properly be entertained here. Most notably, the Court can find nothing in the present petition which suggests that Petitioner has exhausted his available state court remedies. <u>See</u> 28 U.S.C. § 2254(b); <u>O'Sullivan v. Boerckel</u>, 1'9 S.Ct. 1728, 1731 (1999) ("[b]efore a federal court may grant habeas relief to a state prisoner, the prisoner must exhaust his remedies in state court").



FILED NOV 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Because Petitioner has not submitted his petition in accordance with applicable court rules, the petition will be returned to him pursuant to Rule 2(e) of the Rules Governing § 2254 Cases. Petitioner will, of course, be allowed to file an amended petition, but if he does so, he will have to use the prescribed form, and complete the form accurately and completely. He should use special care in preparing the section of the form eliciting information about prior state court proceedings, so the Court can determine whether he has exhausted his state court remedies with regard to the claims that he is seeking to present here. If Petitioner has not submitted an amended petition by December 15, 2000, he will be deemed to have abandoned this action, and it will be recommended that the action be summarily dismissed without prejudice.

IT IS THEREFORE ORDERED THAT:

(1) Pursuant to Rule 2(e) of The Rules Governing Section 2254 Cases in the United States Districts Courts, the Clerk of Court shall return the instant petition to Petitioner, together with a blank copy of the habeas corpus petition form that is to be used in this District for actions brought under 28 U.S.C. § 2254.

(2) The Clerk shall retain a copy of the original petition in the Court file, as required by Rule 2(e).

(3) Petitioner shall have until December 15, 2000, to file an entirely new petition to be captioned "AMENDED PETITION," which shall be submitted on the proper form and shall set forth, accurately and completely, all of the information that is required by that form and the Rules of this Court. Petitioner may submit a separate memorandum setting forth the legal arguments in support of his claims, <u>but each individual claim for relief must be</u>

clearly and separately identified on the face of the petition.

(4) If Petitioner fails to comply with the requirements of this Order within the time allowed, it will be recommended that this action be summarily dismissed without prejudice.

Dated: November 22, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge