UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL NO. 00-2515 (PAM/JGL)

GARY MILLER,

Petitioner,

**REPORT AND RECOMMENDATION**

v.

SHERYL RAMSTAD HVASS,
Commissioner of Corrections,
DENNIS L. BENSON,
Deputy Commissioner,
JAMES BRUTON, Warden of
Oak Park Heights Correctional Facility,

Respondents.

THIS MATTER is before the undersigned United States Magistrate Judge on Petitioner's application for habeas corpus relief under 28 U.S.C. § 2254. The matter has been referred to the undersigned for report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1(c). For the reasons discussed below, it is recommended that this action be DISMISSED WITHOUT PREJUDICE.

Petitioner commenced this action on November 13, 2000, by filing a self-styled application for a writ of habeas corpus. (Docket No. 1.) However, Petitioner did not submit his application on the form prescribed for use in this District, and the application therefore lacked certain information needed to determine whether it could properly be entertained. (Most notably, the Court could not determine whether Petitioner had exhausted his available state court remedies.)

On November 22, 2000, the Court entered an order, (Docket No. 3), directing the Clerk to return Petitioner's submissions to him, pursuant to Rule 2(e) of the Rules Governing Section 2254 Cases In The United States District Courts. Petitioner was

FILED JAN 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

granted leave to file an amended petition, to be prepared and submitted on the prescribed habeas corpus petition form. The order granting leave to amend expressly advised Petitioner that if he did not file an amended petition by December 15, 2000, he would be deemed to have abandoned this action, and it would be recommended that the action be dismissed for failure to prosecute.

The deadline for filing an amended petition that was established by the Court's prior order has now passed. To date, however, Petitioner has not filed an amended petition, nor has the Court received any other communication from him. Therefore, it is now recommended, in accordance with the Court's prior order, that Petitioner be deemed to have abandoned this action, and that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b). See also Link v. Wabash Railroad Co., 370 U.S. 626 (1962).

In light of the recommendation that this action be summarily dismissed, it also will be recommended that Petitioner's application for leave to proceed in forma pauperis, ("IFP"), be denied.

Based upon the above, and upon all the records and proceedings herein,

IT IS HEREBY RECOMMENDED that:

1. Petitioner's Application for Writ of Habeas Corpus, (Docket No. 1), be **DENIED WITHOUT PREJUDICE**;

2. Petitioner's "Application To Proceed Without Prepayment Of Fees," (Docket No. 2), be **DENIED**; and

3. This action be **DISMISSED WITHOUT PREJUDICE**.

Dated: January 3, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

Under D.Minn. LR 72.1(c)(2) any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties by January 22, 2001, a writing which specifically identifies those portions of this Report to which objections are made and the basis of those objections. Failure to comply with this procedure may operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made. This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable directly to the Circuit Court of Appeals.