# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Gary Miller

Plaintiff

v.

Sheryl Ramstad Hvass, et al

Defendants

Case No. Civil 00-2515 PAM/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petitioner's application for writ of habeas corpus is denied without prejudice. Petitioner's application to proceed without prepayment of fees is denied. This action is dismissed without prejudice.

DATE: January 29, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk